# EXHIBIT 1

Signal XLIV

PUBLISHER: Humble civil servant. Issue No. 2 Date 5/12/98

# PBS To Air New Wildlife Documentary.

I recently had the opportunity to work car 20. Some people have somehow gotten the impression that I don't like district 20. That's incorrect. A conservationist at heart, I love the district from an anthropological point of view. I believe that you shouldn't interfere with the delicate balance, just merely admire Darwin's theory at work. I told my partner as we drove by several crack-a-sauruses that if we interfere with the natural progression of things, we could gravely upset the delicate ecological balance. For example, If I were to stop the 9 approaching a car....The driver of the car would speed away....striking another car with 5 occupants causing a minor paint scratch...The one person remaining (not having a warrant) in the car would then scream whiplash and demand EMS check out his *Insurance Injury*....The sound of the sirens of the approaching med unit...would frighten the couple on Ivy Court about to have sex....she would think it's her boyfriend (and father of her 2nd and 4th child) getting out of the county a week early...This would cause "*coitus interuptus*"....Thus preventing the conception of a 5th

child.. The man will jump out the back window, jump a fence into the pen of three rottweilers...His death will mean he can no longer smoke crack...this in turn means over his lifetime, he will not break off 1109 antennas off of Oldsmobiles....This will cause the lay off 40 General Motors workers at the Olds Antenna Factory...The child he was attempting to conceive, having not been born will not go on to father 11 children or any grand-children . thus causing the Summit County Child Support Enforcement Agency to lay off 7 workers....St. Ides would then lay off 33 workers at it's bottling plant....Pagers Plus would then lay off 4 of its pager salesmen.....Nokia would lose enough cell phone customers to lay off 22 workers at its' Bejing Plant...these workers, forced to wear "Ribbons of Shame" would then commit *Hari Kari* (self disembowlment with a samuri sword)....Rent a Center's business would plumment to the point they would have to reduce the price of the VCR/TV combo to 13$ a week (purchase price would then drop to $13,221.23 if you totalled up the money spent over the 17 year contract.).....This child having not been born will not be arrested 36 times or summonsed 77 times...City Council and the Mayor will not have to call an emergency meeting on the overcrowded state of the jail and then vote unanimously to build a domed football stadium downtown for Akron U and both of its' fans.....not needing reams of paper for summonses and warrants and reports will save 55 trees from being cut down in Washington....this in turn will give the last 2 remaining Spotted Owls a place to roost and thus prevent their extinction. So as you can see, interfering with ecosystem ~~in the Urban Jungle~~ can cause disastrous results.

Recently PBS camera's were out filming with the cooperation of District 20's resident game wardens, Ofc.'s McFarland and Male. If the documentary is successful, sponsors hope to turn "M&M's Wild Kingdom into a weekly series. Here are some excerpts from the pilot episode. (Note to cameraman: Always do a close up of Male and McFarland, NEVER show McFarland standing on the milk crate.) Here we see Ofc's Male and Mcfarland chasing down a young male through the back yards of the Snyder area of the preserve. (Note to cameraman: Use the dim light when shooting from overhead, the glare from the top of McFarland's head can sear the retina.) The officers hope to catch the young species and tag him so his predatory activities can be tracked. A young male in this area is a wily breed, he can reach a top speed of 22 mph over un-even terrain. Fortunately Ofc. Male can reach a top speed of 23 mph. Here we see the officers attempting to tag the ear of the young male. (Note to cameraman: edit out the rabbit punches.) The situation rapidly deteorates and the species attempts to eat several rocks of crack cocaine. In a heroic attempt to save the young male from ingesting the poisonous crack, Ofc. McFarland delivers 15 closed fist, abdominal thrusts. With those seemingly having no effect, Ofc. Male attempts to stop the flow of blood from the stomach to the head of the victim, thusly cutting off the cracks path to the victim's brain. Applying the forearm/bicep tourniquet to the victim's neck proves successful for Ofc. Male. The young male falls completely unconscious. The officers work quickly to complete the summons, staple it to the young male's forehead and drive away from the scene before any sgt arrives. Next the officers respond to a downed female. She appears to have been clubbed on the head. As the pair studies the female, they quickly discount the theory that the injury was a result of a mating ritual. Primarily because the injury was caused by a 40oz bottle, which usually denotes hostility, whereas the 22oz longneck bottle usually indicates affection during the courtship process. The bright young officers note that the female is still carying 76$ in food stamps, indicating that scavengers roaming the preserve have not yet discovered the easy prey. An 18 year old cub of the downed female, wanders onto the scene and begins screaming hysterically. Ofc. McFarland, a skilled linquist, translates. The female cub states that a lone male that occasionally visits the brood did this. The female cub, states that the violent male did not sire her but she later admits that he is the donor responsible for 2nd sister and 4th brother. In an effort to calm her down, Ofc's Male and McFarland arrest her for her outstanding warrants. While the officers run the injured female on LEADS, she decides she does not need EMS, places 7 teeth in her pocket and walks away. The officers explain that the male species in district 20 are not that different from males in any other part of the city. They too, crave female companionship. Usually the first of each month (unless that falls on a Sunday, in which case the checks come the next day). They also feel the desire to break away from family heard occasionally. Usually the second day of each month. At this time they climb into their primitive conveyance. (usually an Oldsmobile product *circa* 1977-1985) They then attempt to drown out the whining of their numerous offspring by playing some fucking base-driven noise at a decibal level so high that it causes the inner-ear to bleed. Interestingly enough, this "music" played at the same ear splitting

level has shown no effect in exterminating cockroachs in apartment buildings throughout the district. The officers explained that a male animal in district 20 will often fight other males in the area for supremecy and leadership of the pack. In primitive times they would often, like the wild bull moose, would run 50 yards full force and slam their heads into each other. This was often painful. And since they were already recieving SSI/Disability, there was no reason to sustain a real *injury*. This seemed too much like work, which the mere mention of the term "work" would bring on fits of vomiting and dirrarhea in the combatants. As the evolution process continued, the two males vying for supremecy would then climb into large Oldsmobiles and drive full speed into each other. This too was deemed ineffective, since most of the time the wrecked vehicles would be engulfed in flames by the time the combatants returned to retrieve the temp tags. Then came the uzi's. This too was bad. The combatants would spray thousands of rounds, missing each other but shooting up a busload of blind, one-legged kids going to Chemotherapy Camp who happened to be driving by. Then came the shotguns. This was good. One combatant would be killed and the other would be arrested and go to jail. Then the male that sold them *both*, their guns would take over. As we passed the graffitti strew walls of the preserve, Ofc. McFarland explained this primitive system of eulogizing fallen warriors. "G-Dawg Jackson, 1980-1998, RIP." He explained that G Dawg was killed in a drive- by shooting and this graffitti paid homage to him. He also ~~explained that this process~~ had been going on for thousands of years, and included the ancient greeks. When the Oracle of Delphi was uncovered by archeologists they discovered that it was: A: Not a temple of enlightenment, but an after hours opium and wine joint. B: It too had graffiti on the walls dedicated to fallen hereos. It took anthropologist 10 years to decipher the heirogliphics. They were shocked by the findings. "Sparticus Jackson 120BC-136BC, killed in a jog- by stoning. RIP He was a bad sandle-wearing-mother-fucker" A little known fact. One of Sparticus's Crew avenged his murder a week later, by sniping him from 22 feet away. He executed the perfect flint and wood hatchet throw, splitting the the skull neatly. Historical footnote: This primitive hatchet in that murder is still used today, everytime Ofc. Harding gets his haircut. Stay tuned next week as Wild Kingdom compares the eating habits of the largest herbivorous sea mammal, the blue whale to the largest omnivorous land mammal, the dipatcher.

## Parts of Sectors 1 & 3 -- Downtown and South Arlington Area

August 1 - 31, 1998

