# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JADA WALKER, Individually and as Administratrix of the Estate of JAYLAND WALKER, Deceased** | CASE NO.: 5:23-cv-01205 |
| Plaintiff, | JUDGE: John R. Adams |
| v. | |
| **CITY OF AKRON, OHIO** <br> C/O <br> Akron Law Director <br> 161 S. High Street, Suite 202. <br> Akron, Ohio 44308 <br><br> and <br><br> **MAYOR DANIEL HORRIGAN** <br> C/O <br> Akron Law Director <br> 161 S. High Street, Suite 202. <br> Akron, Ohio 44308 <br><br> and <br><br> **CHIEF STEPHEN L. MYLETT** <br> C/O <br> Akron Law Director <br> 161 S. High Street, Suite 202. <br> Akron, Ohio 44308 <br><br> and <br><br> **LIEUTENANT DANIEL MARX** <br> C/O <br> Akron Law Director <br> 161 S. High Street, Suite 202. <br> Akron, Ohio 44308 <br><br> and <br><br> **SERGEANT MICHAEL PASTERNAK** | **PLAINTIFF'S MOTION FOR LEAVE TO IDENTIFY DEFENDANTS OFFICER-SHOOTERS NOS. 1-8 USING PSEUDONYMS** |

| | |
|---|---|
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **SERGEANT VINCENT TERSIGNI** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **DETECTIVE SERGEANT** | ) |
| **MICHAEL ORRAND** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **SERGEANT TODD SINSLEY** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **OFFICER-SHOOTER NO. 1** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **OFFICER-SHOOTER NO. 2** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |

| | |
|---|---|
| and | ) |
| | ) |
| **OFFICER-SHOOTER NO. 3** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **OFFICER-SHOOTER NO. 4** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **OFFICER-SHOOTER NO. 5** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **OFFICER-SHOOTER NO. 6** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| and | ) |
| | ) |
| **OFFICER-SHOOTER NO. 7** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |
| | ) |
| and | ) |
| | ) |
| **OFFICER-SHOOTER NO. 8** | ) |
| C/O | ) |
| Akron Law Director | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308 | ) |

|                              |   |
|------------------------------|---|
|                              | ) |
| and                          | ) |
|                              | ) |
| **JOHN DOES NOS. 1-10**      | ) |
| C/O                          | ) |
| Akron Law Director           | ) |
| 161 S. High Street, Suite 202. | ) |
| Akron, Ohio 44308            | ) |
|                              | ) |
| Defendants.                  | ) |
|                              | ) |

Plaintiff Jada Walker, individually and as Administratrix of the Estate of Jayland Walker ("Jayland"), Deceased ("Plaintiff"), by and through undersigned counsel, respectfully moves the Court for leave to identify certain Defendants using pseudonyms.

This action arises out of the police shooting death of Jayland Walker, which has been the subject of extensive media and news coverage across the United States since it occurred in June, 2022. Out of an abundance of caution, as well as the City of Akron's repeated claimed concerns for privacy and safety, Plaintiff's Complaint identifies the officers that allegedly shot Jayland Walker, using the pseudonyms of Officer-Shooters Nos. 1-8.

While Fed. R. Civ. P. 10(a) requires every complaint to name all parties, federal courts allow parties to proceed using pseudonyms under certain circumstances that justify an exception to this rule. *See Citizens for a Strong Ohio v. Marsh*, 123 Fed. App'x 630, 636 (6th Cir. 2005). Plaintiff makes this request out of an abundance of caution due to the high-profile nature and extensive media coverage of this case. Plaintiff will agree to disclose the true identities of Defendants Officer-Shooters Nos. 1-8 to counsel for Defendants upon their appearance in this matter. To the extent Defendants do not wish to remain anonymous or the Court deems it inappropriate, however, Plaintiff has no objection to filing an Amended Complaint to disclose their true identities.

Respectfully submitted,

*/s/ Robert F. DiCello*
Robert F. DiCello (0072020)
Kenneth P. Abbarno (0059791)
Justin J. Hawal (0092294)
Peter C. Soldato (0099356)
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Tel.: 440-953-8888
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jhawal@dicellolevitt.com
psoldato@dicellolevitt.com

Elizabeth Paige White*
**DiCELLO LEVITT LLP**
1101 17th Street, NW, Suite 1000
Washington, DC 20036
pwhite@dicellolevitt.com

*Counsel for Plaintiff*

**Pro Hac Vice* forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via certified U.S. mail to counsel for Defendants and/or filed electronically using the Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 16th day of June, 2022.

                                        */s/ Robert F. DiCello*
                                        Robert F. DiCello (0072020)