# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JADA WALKER**, | ) CASE NO.:  5:23-cv-01205 |
| | ) |
| **Plaintiff,** | ) **JUDGE JOHN R. ADAMS** |
| | ) |
| vs. | ) **NOTICE OF APPEARANCE** |
| | ) |
| **CITY OF CANTON, et al.**, | ) |
| | ) |
| **Defendants.** | ) |

Now comes Plaintiff, by and through counsel, and hereby gives notice that Joe F. Fouche III enters his appearance as counsel on her behalf.

DATED:  January 22, 2024

                                                           Respectfully submitted,

                                                        */s/Peter C. Soldato*
                                                        PETER C. SOLDATO (0099356)
ROBERT F. DICELLO (0072020)
KENNETH P. ABBARNO (0059791)
JUSTIN J. HAWAL (0092294)
ELIZABETH PAIGE WHITE (*pro hac vice*)
JOE F. FOUCHE III (24132047)
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060
P:  (440) 953-8888 / F:  (440) 953-9138
psoldato@dicellolevitt.com
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jhawal@dicellolevitt.com
pwhite@dicellolevitt.com
jfouche@dicellolevitt.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

/s/Peter C. Soldato
PETER C. SOLDATO (0099356)
ROBERT F. DICELLO (0072020)
KENNETH P. ABBARNO (0059791)
JUSTIN J. HAWAL (0092294)
ELIZABETH PAIGE WHITE (*pro hac vice*)
JOE F. FOUCHE III (24132047)
**DiCello Levitt LLP**
*Counsel for Plaintiff*