# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JADA WALKER**, | ) |
| Plaintiff, | ) CASE NO.: 5:23-cv-01205 |
| | ) |
| **vs.** | ) JUDGE JOHN R. ADAMS |
| | ) |
| | ) **PARTIES' JOINT STATUS REPORT** |
| **CITY OF AKRON, et al.**, | ) |
| | ) |
| Defendants. | ) |

Counsel for the undersigned parties hereby files their Joint Status Report, pursuant to the Court's Order of January 31, 2024. Counsel for all Parties participated in an initial mediation of this matter on February 21, 2024.  The mediation was held at the office of Mazanec, Raskin & Ryder, L.P.A., and was mediated by Jerome Weiss of Mediation Inc.  During this mediation, Plaintiff's counsel, Defendants' Counsel, and certain of Defendants' representatives candidly discussed the issues, objectives of both sides, and possibilities  of  resolution in a joint session. The Parties intend to continue mediation efforts, including possible multiple additional in person mediation sessions together and/or remote discussion. Because of this, the Parties intend to request the Court stay discovery for a period of additional time to  continue further mediation and negotiations prior to beginning discovery. It is the Parties' hope that this additional time would allow for resolution in advance of discovery so as to save the parties cost and to avoid the negative consequences of often bruising discovery processes.  The cost issue is particularly significant given the City's self-insured status.

Parties have begun exchanging some informal discovery, including the exchange of the initial materials although the exchange of formal written discovery has not taken place.

DATED: February 22, 2024

Respectfully submitted,

s/*Joe F. Fouche III*
Joe F. Fouche III (24132047)
Robert F. Dicello (0072020)
Kenneth P. Abbarno (0059791)
Peter C. Soldato (0099356)
Justin J. Hawal (0092294)
Elizabeth Paige White*

DICELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
jfouche@dicellolevitt.com
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
psoldato@dicellolevitt.com
jhawal@dicellolevitt.com
pwhite@dicellolevitt.com

Telephone:(440) 953-8888
Facsimile:(440) 953-9138

*Pro Hac Vice application pending

*Counsel for Plaintiff*


s/ *John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
EDMOND Z. JABER (0096355)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
ejaber@mrrlaw.com

JOHN CHRISTOPHER REECE (0042573)
Deputy Director of Law
KIRSTEN L. SMITH (0099074)
Assistant Directors of Law
161 S. High St., Suite 202

Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
jreece@akronohio.gov
klsmith@akronohio.gov

*Counsel for Defendants City of Akron, Ohio, Mayor Daniel Horrigan, Chief Stephen Mylett, Lt. Daniel Marx, Sgt. Michael Pasternak, Sgt. Vincent Tersigni, Det. Sgt. Michael Orrand, Sgt. Todd Sinsley, and Officer-Shooter Nos. 1-8*

**CERTIFICATE OF SERVICE**

 I hereby certify that on February 22, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                *s/ Joe F. Fouche III*
                Joe F. Fouche III