# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JADA WALKER**, | ) |
| Plaintiff, | ) CASE NO.: 5:23-cv-01205 |
| | ) |
| vs. | ) JUDGE JOHN R. ADAMS |
| | ) |
| **CITY OF AKRON, et al.**, | ) **PARTIES' JOINT STATUS REPORT** |
| | ) |
| Defendants. | ) |

Counsel for the undersigned parties hereby file their Joint Status Report, pursuant to this Court's Order of January 31, 2024. (Doc. No. 32.) Since the filing of the Parties' previous Joint Status Report (Doc. No. 43 filed on March 25, 2024), counsel for all Parties participated in several separate mediation sessions including what the Parties consider a productive joint all-day mediation session today, April 24, 2024, with additional significant mediation communications in the days leading up to the April 24, 2024, in person conference and more are expected in the days leading up to the May 1, 2024, Status Conference. Given the posture of negotiations by both sides it is the Parties' sincere hopes that resolution is forthcoming in the near future.

The Parties have also continued preliminary written discovery and document production, with Plaintiff producing several subpoenaed sets of documents and videos to the Defendants on April 17, 2024, with the remainder to follow as it is received by the Plaintiffs. The Parties are also in the process of setting up dates for depositions of witnesses and parties if necessary in the very near future.

DATED: April 24, 2024

Respectfully submitted,

s/*Joe F. Fouche III*
Joe F. Fouche III (24132047)

Robert F. DiCello (0072020)
Kenneth P. Abbarno (0059791)
Peter C. Soldato (0099356)
Justin J. Hawal (0092294)
Jordyn A. Parks (102573)


DICELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
jfouche@dicellolevitt.com
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
psoldato@dicellolevitt.com
jhawal@dicellolevitt.com
jparks@dicellolevitt.com

Telephone:(440) 953-8888
Facsimile:(440) 953-9138

*Counsel for Plaintiff*



*s/ John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
EDMOND Z. JABER (0096355)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
ejaber@mrrlaw.com

JOHN CHRISTOPHER REECE (0042573)
Deputy Director of Law
KIRSTEN L. SMITH (0099074)
Assistant Directors of Law
161 S. High St., Suite 202
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
jreece@akronohio.gov

klsmith@akronohio.gov

*Counsel for Defendants City of Akron, Ohio, Mayor Daniel Horrigan, Chief Stephen Mylett, Lt. Daniel Marx, Sgt. Michael Pasternak, Sgt. Vincent Tersigni, Det. Sgt. Michael Orrand, Sgt. Todd Sinsley, and Officer-Shooter Nos. 1-8*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        *s/ Joe F. Fouche III*
                                        Joe F. Fouche III