UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Jada Walker,** | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | **CASE NO. 5:23CV1205** |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| **City of Akron, Ohio, et al.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

On May 1, 2024, the Court conducted a status conference to finalize its case management plan. Consistent with the conference, the Court sets the following deadlines:

**Fact Discovery cutoff date:**        August 31, 2024

**Expert Discovery**:

On or before October 20, 2024, Plaintiff shall identify her retained expert witness(es) and provide opposing counsel with a written expert report(s). On or before December 5, 2024, Defendants shall identify their retained expert witness(es) and provide opposing counsel with a written expert report(s).

The discovery depositions of the parties' expert witnesses shall be completed on or before January 6, 2025. If a party chooses not to use its own expert witness, it will be permitted to take the discovery deposition of its opponent's expert witness only after submitting a written

statement advising the Court and opposing counsel to that effect.

A party may not call an expert witness to testify unless a written report prepared and signed by the witness has been procured and provided to opposing counsel.   The report shall contain a complete statement of all opinions of the expert as to each issue on which he/she will testify and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.   An expert will not be permitted to testify or provide opinions on issues not raised in his/her report.

**Dispositive motions deadline:**   February 15, 2025.

**IT IS SO ORDERED.**

  __5/2/2024__                                                                      __/s/John R. Adams__
  **Date**                                                                                               **John R. Adams**
                                                                                                     **U.S. District Judge**

2