**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JADA WALKER**, | ) |
| Plaintiff, | ) CASE NO.: 5:23-cv-01205 |
| | ) |
| **vs.** | ) JUDGE JOHN R. ADAMS |
| | ) |
| **CITY OF AKRON, et al.**, | ) **PARTIES' JOINT STATUS REPORT** |
| | ) |
| Defendants. | ) |

Counsel for the undersigned parties hereby file their Joint Status Report, pursuant to this Court's Order of January 31, 2024. (Doc. No. 32.) Since the filing of the Parties' previous Joint Status Report (Doc. No. 53 filed on April 24, 2024), and the productive all-day mediation on April 24, 2024, the Parties had a status conference with this Honorable Court. Consistent with the productivity of the previous mediation sessions, both Parties are anticipating additional mediation communications in the coming days regarding the mediator's proposal that was received this week.

The Parties are continuing discovery, with written discovery agreed to be exchanged by the end of the month. Plaintiff's counsel has set aside multiple deposition dates throughout July and August and the Parties anticipate finalizing deposition dates towards the exchange of written discovery at the end of the month.

DATED: May 23, 2024

                                                  Respectfully submitted,

                                                  s/*Joe F. Fouche III*
                                                  Joe F. Fouche III (24132047)
                                                  Robert F. DiCello (0072020)
                                                  Kenneth P. Abbarno (0059791)
                                                  Peter C. Soldato (0099356)

Justin J. Hawal (0092294)
Jordyn A. Parks (102573)


DICELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
jfouche@dicellolevitt.com
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
psoldato@dicellolevitt.com
jhawal@dicellolevitt.com
jparks@dicellolevitt.com

Telephone:(440) 953-8888
Facsimile:(440) 953-9138

*Counsel for Plaintiff*



s/ *John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
EDMOND Z. JABER (0096355)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
ejaber@mrrlaw.com

JOHN CHRISTOPHER REECE (0042573)
Deputy Director of Law
KIRSTEN L. SMITH (0099074)
Assistant Directors of Law
161 S. High St., Suite 202
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
jreece@akronohio.gov
klsmith@akronohio.gov

*Counsel for Defendants City of Akron, Ohio, Mayor Daniel Horrigan, Chief Stephen Mylett, Lt. Daniel Marx, Sgt. Michael Pasternak, Sgt. Vincent Tersigni, Det. Sgt. Michael Orrand, Sgt. Todd Sinsley, and Officer-Shooter Nos. 1-8*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      *s/ Joe F. Fouche III*
      Joe F. Fouche III