# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JADA WALKER**, | ) |
| Plaintiff, | ) CASE NO.: 5:23-cv-01205 )  )  JUDGE JOHN R. ADAMS |
| **vs.** | ) )  **PARTIES' JOINT STATUS REPORT** |
| **CITY OF AKRON, et al.**, | ) ) |
| Defendants. | ) |

Counsel for the undersigned parties hereby file their Joint Status Report, pursuant to this Court's Order of January 31, 2024. (Doc. No. 32.) Since the filing of the Parties' previous Joint Status Report (Doc. No. 57 filed on May 25, 2024), the Parties have made considerable strides in settlement discussions. At this time, the Parties are continuing settlement discussions and are getting close to hopefully resolving the case. It is the Parties hopes to present the finalized settlement to the Court by the next status report.

DATED: August 6, 2024

                              Respectfully submitted,

                              s/*Joe F. Fouche III*
                              Joe F. Fouche III (24132047)
                              Robert F. DiCello (0072020)
                              Kenneth P. Abbarno (0059791)
                              Peter C. Soldato (0099356)
                              Justin J. Hawal (0092294)
                              Jordyn A. Parks (102573)

                              DICELLO LEVITT LLP
                              8160 Norton Parkway, Third Floor
                              Mentor, Ohio 44060
                              jfouche@dicellolevitt.com
                              rfdicello@dicellolevitt.com
                              kabbarno@dicellolevitt.com
                              psoldato@dicellolevitt.com

jhawal@dicellolevitt.com
jparks@dicellolevitt.com

Telephone:(440) 953-8888
Facsimile:(440) 953-9138

*Counsel for Plaintiff*


   *s/ John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
EDMOND Z. JABER (0096355)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
ejaber@mrrlaw.com

JOHN CHRISTOPHER REECE (0042573)
Deputy Director of Law
KIRSTEN L. SMITH (0099074)
Assistant Directors of Law
161 S. High St., Suite 202
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
jreece@akronohio.gov
klsmith@akronohio.gov

*Counsel for Defendants City of Akron, Ohio, Mayor Daniel Horrigan, Chief Stephen Mylett, Lt. Daniel Marx, Sgt. Michael Pasternak, Sgt. Vincent Tersigni, Det. Sgt. Michael Orrand, Sgt. Todd Sinsley, and Officer-Shooter Nos. 1-8*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  *s/ Joe F. Fouche III*
                                                  Joe F. Fouche III