UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JADA WALKER**, | ) |
| Plaintiff, | ) CASE NO.: 5:23-cv-01205 ) ) JUDGE JOHN R. ADAMS |
| **vs.** | ) ) **PARTIES' JOINT STATUS REPORT** |
| **CITY OF AKRON, et al.**, | ) ) |
| Defendants. | ) |

Counsel for the undersigned parties hereby file their Joint Status Report, pursuant to this Court's Order of January 31, 2024. (Doc. No. 32.) Since the filing of the Parties' previous Joint Status Report (Doc. No. 59 filed on August 5, 2024), the Parties have come closer to finalizing the settlement discussions. At this time, the Parties are getting closer to hopefully resolving the case. It is the Parties' hopes to present the finalized settlement to the Court before the next status report.

DATED: September 5, 2024

Respectfully submitted,

s/*Joe F. Fouche III*
Joe F. Fouche III (24132047)
Robert F. DiCello (0072020)
Kenneth P. Abbarno (0059791)
Peter C. Soldato (0099356)
Justin J. Hawal (0092294)
Jordyn A. Parks (102573)

DICELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
jfouche@dicellolevitt.com
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
psoldato@dicellolevitt.com
jhawal@dicellolevitt.com
jparks@dicellolevitt.com

Telephone:(440) 953-8888
Facsimile:(440) 953-9138

*Counsel for Plaintiff*


*s/ John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
EDMOND Z. JABER (0096355)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
ejaber@mrrlaw.com

JOHN CHRISTOPHER REECE (0042573)
Deputy Director of Law
KIRSTEN L. SMITH (0099074)
Assistant Directors of Law
161 S. High St., Suite 202
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
jreece@akronohio.gov
klsmith@akronohio.gov

*Counsel for Defendants City of Akron, Ohio, Mayor Daniel Horrigan, Chief Stephen Mylett, Lt. Daniel Marx, Sgt. Michael Pasternak, Sgt. Vincent Tersigni, Det. Sgt. Michael Orrand, Sgt. Todd Sinsley, and Officer-Shooter Nos. 1-8*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 5, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                *s/ Joe F. Fouche III*
                Joe F. Fouche III