UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JADA WALKER**, | ) |
| Plaintiff, | ) CASE NO.: 5:23-cv-01205 |
| | ) |
| **vs.** | ) JUDGE JOHN R. ADAMS |
| | ) |
| **CITY OF AKRON, et al.**, | ) **PARTIES' JOINT STATUS REPORT** |
| | ) |
| Defendants. | ) |

Counsel for the undersigned parties hereby file their Joint Status Report, pursuant to this Court's Order of January 31, 2024. (Doc. No. 32.) Since the filing of the Parties' previous Joint Status Report (Doc. No. 60 filed on September 5, 2024), the Parties have agreement on settlement terms and are filing the necessary paperwork and processes to affect the settlement. It is the Parties' hopes to present the finalized settlement to the Court before the next status report.

DATED: October 15, 2024

                                              Respectfully submitted,

                                              s/*Joe F. Fouche III*
                                              Joe F. Fouche III (0103153)
                                              Robert F. DiCello (0072020)
                                              Kenneth P. Abbarno (0059791)
                                              Peter C. Soldato (0099356)
                                              Justin J. Hawal (0092294)
                                              Jordyn A. Parks (102573)

                                              DICELLO LEVITT LLP
                                              8160 Norton Parkway, Third Floor
                                              Mentor, Ohio 44060
                                              jfouche@dicellolevitt.com
                                              rfdicello@dicellolevitt.com
                                              kabbarno@dicellolevitt.com
                                              psoldato@dicellolevitt.com
                                              jhawal@dicellolevitt.com
                                              jparks@dicellolevitt.com

                                              Telephone:(440) 953-8888

Facsimile:(440) 953-9138

*Counsel for Plaintiff*

*s/ John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
EDMOND Z. JABER (0096355)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
ejaber@mrrlaw.com

JOHN CHRISTOPHER REECE (0042573)
Deputy Director of Law
KIRSTEN L. SMITH (0099074)
Assistant Directors of Law
161 S. High St., Suite 202
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
jreece@akronohio.gov
klsmith@akronohio.gov

*Counsel for Defendants City of Akron, Ohio, Mayor Daniel Horrigan, Chief Stephen Mylett, Lt. Daniel Marx, Sgt. Michael Pasternak, Sgt. Vincent Tersigni, Det. Sgt. Michael Orrand, Sgt. Todd Sinsley, and Officer-Shooter Nos. 1-8*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 15, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                *s/ Joe F. Fouche III*
                Joe F. Fouche III