UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JADA WALKER, Individually and as Administratrix of the Estate of JAYLAND WALKER, deceased, | ) ) ) ) | CASE NO.: 5:23-CV-01205 |
| | ) | JUDGE: JUDGE JOHN R. ADAMS |
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| vs. | ) ) | |
| CITY OF AKRON, OHIO, et al., | ) ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and that it be dismissed, with prejudice, as against all Defendants, each party to bear their owns costs. The Court may enter an Order accordingly, notice by the Clerk being hereby waived. The Court to retain jurisdiction over the enforcement of this settlement.

IT IS SO ORDERED.

_____
JUDGE JOHN R. ADAMS

| | |
|---|---|
| */s/ Kenneth Abbarno (per email consent 2/23/25)* | */s/ John T. McLandrich* . |
| ROBERT F. DICELLO (0072929) | JOHN T. MCLANDRICH (0021494) |
| KENNETH ABBARNO (0059791) | EDMOND Z. JABER (0096355) |
| ELIZABETH PAIGE WHITE | Mazanec, Raskin & Ryder Co., LPA |
| JUSTIN HAWAL (0092294) | 100 Franklin's Row |
| PETER SOLDATO (0099356) | 34305 Solon Road |
| JOE FOUCHE, III (24132047) | Cleveland, OH 44139 |
| DiCello Levitt, LLP | (440) 248-7906 |
| 8160 Norton Parkway | (440) 248-8861 – Fax |
| Third Floor | jmclandrich@mrrlaw.com |
| Mentor, OH 44060 | ejaber@mrrlaw.com |
| (440) 953-8888 | |
| rfdicello@dicellolevitt.com | |

| | |
|---|---|
| kabbarno@dicellolevitt.com <br> pwhite@dicellolevitt.com <br> jhawal@dicellolevitt.com <br> psoldato@dicellolevitt.com <br> jfouche@dicellolevitt.com <br><br> *Counsel for Plaintiff* | */s/ Kirsten L. Smith (per email consent 2/18/25.* <br> DEBORAH S. MATZ <br> Director of Law <br> KIRSTEN L. SMITH (0099074) <br> Assistant Directors of Law <br> 161 S. High St., Suite 202 <br> Akron, Ohio 44308 <br> (330) 375-2030 <br> (330) 375-2041 (fax) <br> jreece@akronohio.gov <br> klsmith@akronohio.gov <br><br> *Counsel for Defendants* |

### CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/John T. McLandrich*
JOHN T. MCLANDRICH  (0021494)
EDMOND Z. JABER  (0096355)

*Counsel for Defendants*