UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JADA WALKER, Individually and as Administratrix of the Estate of JAYLAND WALKER, deceased, | ) CASE NO.: 5:23-CV-01205 ) ) JUDGE: JUDGE JOHN R. ADAMS ) |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL AND** ) **JOURNAL ENTRY** |
| vs. | ) ) |
| CITY OF AKRON, OHIO, et al., | ) ) |
| Defendants. | ) |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and that it be dismissed, with prejudice, as against all Defendants, each party to bear their owns costs. The Court may enter an Order accordingly, notice by the Clerk being hereby waived. The Court to retain jurisdiction over the enforcement of this settlement.

IT IS SO ORDERED.

Dated: 2/28/2025

/s/ John R. Adams
JUDGE JOHN R. ADAMS

*/s/ Kenneth Abbarno (per email consent 2/23/25)*
ROBERT F. DICELLO (0072929)
KENNETH ABBARNO (0059791)
ELIZABETH PAIGE WHITE
JUSTIN HAWAL (0092294)
PETER SOLDATO (0099356)
JOE FOUCHE, III  (24132047)
DiCello Levitt, LLP
8160 Norton Parkway
Third Floor
Mentor, OH  44060
(440) 953-8888
rfdicello@dicellolevitt.com

*/s/ John T. McLandrich* .
JOHN T. MCLANDRICH  (0021494)
EDMOND Z. JABER  (0096355)
Mazanec, Raskin & Ryder Co., LPA
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com
ejaber@mrrlaw.com